O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-00032M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| ERICK ISRAEL ARELLANO NINO, ) | |
| ) | |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )  appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                III.

6    The Court has considered:

7    A. ( x ) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10    D. ( ) the nature and seriousness of the danger to any person or to the community.

11                              IV.

12    The Court concludes:

13    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15    B. (x )  History and characteristics indicate a serious risk that defendant will flee because:

16       **Defendant is undocumented.  He has no ties to the community and no bail**

17       **resources.**

18

19    C. ( ) A serious risk exists that defendant will:

20       1. ( )  obstruct or attempt to obstruct justice;

21       2. ( )  threaten, injure or intimidate a witness/ juror; because:

22

23    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections 3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private 5 consultation with his counsel.

8  Dated: January 28, 2008

Marc L. Goldman
U.S. Magistrate Judge

CR - 94 (02/94)  - 3 -  Page 3 of 3